```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05297
   JACK HATFIELD
   SANDRA HATFIELD                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-3185    SSN XXX-XX-8385

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/16/05 and confirmed on 04/08/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  70400.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | 32908.14 | .00 | 32908.14 |
| MID AMERICA BANK | SECURED | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | 1375.06 | .00 | 1375.06 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 4016.51 | .00 | 2333.25 |
| ASG | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF NAPERVILLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AUTOVEST LLC | UNSECURED | 19743.51 | .00 | 11469.30 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| REGIONAL ADJUSTMENT BURE | UNSECURED | NOT FILED | .00 | .00 |
| HILCO/ASPIRE CREDIT CARD | UNSECURED | 4320.35 | .00 | 2509.75 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADLER & ADLER | UNSECURED | NOT FILED | .00 | .00 |
| JAY BERGAMINI MD | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 14832.08 | .00 | 8616.17 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1136.30 | .00 | 660.09 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

```
IOWA COLLEGE AID COMMISS  UNSECURED      2295.39            .00       1333.43
IOWA COLLEGE AID COMMISS  UNSECURED      1588.59            .00        922.84
ECMC                      UNSECURED      1522.94            .00        884.70
STONEBRIDGE COUNTRY CLUB  UNSECURED           .00            .00           .00
WORLD FINANCIAL NETWORK   UNSECURED       308.72            .00        179.34
WELLS FARGO BANK NA       UNSECURED      4473.37            .00       2598.65
         Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   34283.20        .00    54237.76         .00      88520.96
PRINCIPAL PAID       34283.20        .00    31507.52         .00      65790.72
INTEREST PAID             .00        .00         .00         .00           .00
TOTAL PAID           34283.20        .00    31507.52         .00      65790.72
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   2612.50
and was paid $   1200.00   direct and $   1412.50   through the plan.

The Trustee received $   3196.78 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                   /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                PAGE   2
              CASE NO. 05 B 05297 JACK HATFIELD & SANDRA HATFIELD